IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12-00363-14-CR-W-DGK |
| ) | |
| KIMBERLY JOY BLACK-MCCORMICK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court are Defendant's Motion to Suppress (Doc. 338), the Government's response (Doc. 341), and United States Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 397). The Court has also reviewed the transcript from the suppression hearing (Doc. 354).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, the Court ADOPTS the Report and Recommendation (Doc. 397) and DENIES Defendant's Motion to Suppress Evidence (Doc. 338).

IT IS SO ORDERED

Date:  December 10, 2014           /s/ Greg Kays
                                   GREG KAYS, CHIEF JUDGE
                                   UNITED STATES DISTRICT COURT